IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-00027-RPM

CORGENIX MEDICAL CORPORATION,

       Plaintiff,

v.

BIOSAFE LABORATORIES, INC.,

       Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Stipulation for Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a), and being otherwise advised in the premises; HEREBY ORDERS that the Stipulation is GRANTED, and the above matter is dismissed in its entirety with prejudice, each party to pay its own costs and attorney's fees.

Dated this 5th day of July, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge
U.S. District Court Judge